District Judge Benjamin H. Settle

1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIAM SEERA,

                        Plaintiff,

              v.

UR M. JADDOU, *et al.*,

                        Defendants.

No. 3:23-cv-5824-BHS

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND
ORDER

Noted for Consideration:
November 14, 2023

      Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate her Form I-589, Application for Asylum and for Withholding of Removal.  Defendants' response to the Complaint is currently due on November 27, 2023.  The parties are currently working towards a resolution to this litigation.  For good cause, the parties request that the Court hold the case in abeyance until April 9, 2024.

      Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

      With additional time, this case may be resolved without the need of further judicial intervention.  USCIS has scheduled Plaintiff's asylum interview for January 10, 2024.  Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date.  After the interview, USCIS will need time to adjudicate her asylum application.  Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees.  Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

      As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until April 9, 2024.  The parties will submit a joint status report on or before April 9, 2024.  The parties further request that the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 3) be vacated.

Dated: November 14, 2023        Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 303 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION FOR ABEYANCE    - 2
(23-cv-5824-BHS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

*s/ Minda A Thorward*
MINDA A. THORWARD WSBA#47594

2
Gibbs Houston Pauw

3
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080

4
Email: minda.thorward@ghp-law.net
*Attorneys for Plaintiff*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until April 9, 2024.  The parties shall submit a joint status report on or before April 9, 2024.  The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 3) is vacated.  It is so **ORDERED**.

DATED this 14th day of November, 2023.

BENJAMIN H. SETTLE
United States District Judge